**FURNITURE INVENTORY**

**Debtor(s) name(s):**

# Alexandra Fuentes Galleres

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 1 | 450.00 |
| Chairs | | |
| Recliners | | |
| Tables | | 70.00 |
| Wall Unit | | 20.00 |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 70. |
| Chairs | 4 | 80. |
| China Cabinets | — | — |
| China (sets) | — | — |

| Family Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | 1 | 150.00 |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | 1 | 100 |
| Stove | 1 | |
| Microwave | | 70.00 |
| Dishwasher | | 180.00 |
| Toaster Oven | | 10.00 |
| Toaster | | 10.00 |
| Kitchenware | Misc. | 50.00 |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | 1 | 100 |
| Dryer | 1 | 100 |
| Patio set | | 280.00 |
| BBQ | | 500.00 |
| Lawnmower | | — |
| Decorative Items | Misc. | 70.00 |
| | | |
| | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 0 |
| Dresser/drawers | | — |
| Mirror | | — |
| Nightstands | 2 | 50 |
| Armoire/wall unit | | |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | 0 |
| Dresser/drawer chest | | — |
| Mirror | | — |
| Nightstands | | |
| Armoire/wall unit | | 50.00 |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | — |
| Dresser/drawer chest | 1 | 100.00 |
| Mirror | | — |
| Nightstands | | |
| Armoire/wall unit | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

☐ Total Value of Household Goods:     $ 2,380.00

☐ Goods secured by liens with creditors: _____ $ _____

           _____ $ _____

           _____ $ _____

           _____ $ _____

☐ Total Value of Unsecured Household Goods:     $ 2,380

☐ Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ _____

☐ Debtor owns no furniture _____

Debtor's(s) initials: _____ AF

## ELECTRONICS INVENTORY:

Alexandra
Fuentes Galleres

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | 70 C |
| DVD/Blue ray | | |
| Stereo | | |
| Surround Sound | | |

| Computers | | |
|---|---|---|
| Item | Quantity | $ |
| Laptop | | |
| Ipad | | |
| Computer | | |
| Monitor | | |
| Printer/fax | | |
| TV | | |
| scanner | | |
| Surround Sound | | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Musical instruments | | |
| Cell phones | 1 | 50 |
| Karaoke Machine | | |
| Gaming Systems | | |
| Games | | |
| Gaming System Accessories | | |
| Cameras | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 200 |
| DVD/Blue ray | | |
| | | |

| 2nd Bedroom | | |
|---|---|---|

| Item | Quantity | $ |
|---|---|---|
| TV | | |
| DVD/Blue ray | | |
| Surround Sound | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| DVD/Blue ray | | |
| Surround Sound | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| VCR/DVD | | |
| Surround Sound | | |

☐ Total Value of Electronics:  $ _350_

☐ Goods secured by liens with creditors: _____  $ _____
   _____  $ _____
   _____  $ _____
   _____  $ _____

☐ Total Value of Unsecured Electronics:  $ _350_

☐ Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ _____

☐ Debtor owns no electronics _____

Debtor's(s) initials: _AF_

S:\staff\MAR\CH 7\SIGNING PACKET\10-Electronics Inventory.doc

JEWELRY INVENTORY

**DEBTOR:** Alexandra Fuentes Galleres

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Wedding Band | | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

☑ Debtor's Total Value of Jewelry                                                  $_____

☑ Goods Secured by Liens with Creditor(s) _____       $_____

☐ Debtor owns no Jewelry                                                              $_____